IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL S. HOSKINS,

    Plaintiff,

v.

FOSTER, et al.

    Defendants.

ORDER

Case No. 19-cv-478-jdp

---

MICHAEL S. HOSKINS,

    Plaintiff,

v.

MENLOVE, et al.,

    Defendants.

ORDER

Case No. 19-cv-479-jdp

---

MICHAEL S. HOSKINS,

    Plaintiff,

v.

OFFICER MAHONEY, et al.,

    Defendants.

ORDER

Case No. 19-cv-480-jdp

---

MICHAEL S. HOSKINS,

    Plaintiff,

v.

TRITT, et al.,

    Defendants.

ORDER

Case No. 19-cv-481-jdp

---

MICHAEL S. HOSKINS,

    Plaintiff,

v.

FOSTER, et al.,

    Defendants.

ORDER

Case No. 19-cv-482-jdp

| | |
|---|---|
| MICHAEL S. HOSKINS,<br>    Plaintiff,<br>v.<br>DORN, et al.,<br>    Defendants. | ORDER<br><br>Case No. 19-cv-483-jdp |
| MICHAEL S. HOSKINS,<br>    Plaintiff,<br>v.<br>OFFICER POHL, et al.,<br>    Defendants. | ORDER<br><br>Case No. 19-cv-484-jdp |
| MICHAEL S. HOSKINS,<br>    Plaintiff,<br>v.<br>FOSTER, et al.,<br>    Defendants. | ORDER<br><br>Case No. 19-cv-485-jdp |
| MICHAEL S. HOSKINS,<br>    Plaintiff,<br>v.<br>FOSTER, et al.,<br>    Defendants. | ORDER<br><br>Case No. 19-cv-486-jdp |
| MICHAEL S. HOSKINS,<br>    Plaintiff,<br>v.<br>FOSTER, et al.,<br>    Defendants. | ORDER<br><br>Case No. 19-cv-488-jdp |

On June 14, 2019, I entered an order assessing plaintiff Michael S. Hoskins an initial partial payment of $1.42 in each of the above cases. On June 18, 2019, plaintiff filed a motion

to waive the initial partial payment in each of the above cases. Plaintiff's motion will be denied without prejudice.

Plaintiff has not provided documentation that shows the steps plaintiff has taken to request funds to pay the initial partial from the institution's business office. Furthermore, the account statement plaintiff submitted with his complaint indicates that plaintiff is receiving regular monthly deposits. According to the language of 28 U.S.C. § 1915(b)(1), prison officials are required to use a prisoner's release account to satisfy an initial partial payment if no other funds are available. *Carter v. Bennett*, 399 F. Supp. 2d 936, 936-37 (W.D. Wis. 2005). Therefore, if plaintiff does not have money in his regular account to pay the initial partial payments, plaintiff is allowed to use funds from his release account to pay the initial partials. I will give plaintiff an enlargement of time until July 24, 2019, to pay the initial partial payment in each of the above cases.

ORDER

IT IS ORDERED that:

1. Plaintiff Michael S. Hoskins' motion to waive the initial partial payment in each of the above cases is DENIED.

2. Plaintiff may have an enlargement of time to July 24, 2019, in which to submit a check or money order payable to the clerk of court in the amount of $1.42 for each case. If plaintiff does not have funds available from his release account to make the initial partial payments, plaintiff is allowed to use funds from his release account to pay the initial partial payments.

3. If, by July 24, 2019, plaintiff fails to make the initial partial payments, or show cause for failure to do so, plaintiff will be held to have withdrawn the action voluntarily and the case(s) will be closed without prejudice to plaintiff's filing his case(s) at a later date.

Entered this 27th day of June, 2019.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge